No. 90–664. QUALITY INNS INTERNATIONAL, INC., ET AL. *v.* L. B. H. ASSOCIATES LIMITED PARTNERSHIP ET AL. C. A. 4th Cir. Certiorari denied.

No. 90–669. PHILADELPHIA MARINE TRADE ASSN. *v.* LOCAL 1291, INTERNATIONAL LONGSHOREMEN'S ASSN., AFL–CIO, ET AL. C. A. 3d Cir. Certiorari denied.

No. 90–675. CINEMA BLUE OF CHARLOTTE, INC., ET AL. *v.* NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 90–678. BARTH *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 90–692. ROGERS ET AL. *v.* FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR FIRST REPUBLICBANK HOUSTON, N. A., ET AL. C. A. 5th Cir. Certiorari denied.

No. 90–705. CLIPPER CITY LODGE NO. 516 *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. Certiorari denied.

No. 90–718. DUCKWORTH, SUPERINTENDENT, INDIANA STATE PRISON, ET AL. *v.* BERNARD. C. A. 7th Cir. Certiorari denied.

No. 90–735. BLUESTEIN ET AL. *v.* SKINNER, SECRETARY OF TRANSPORTATION, ET AL. C. A. 9th Cir. Certiorari denied.

No. 90–740. DAKOTA CHEESE, INC., ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 90–744. GONZALES *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 90–745. TARPEH-DOE, INDIVIDUALLY AND AS MOTHER AND NEXT FRIEND OF TARPEH-DOE, ET AL. *v.* UNITED STATES ET AL. C. A. D. C. Cir. Certiorari denied.

No. 90–748. VOGT *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.